IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REAL PROPERTY LOCATED AT ) <br> 6513 RIDGE ROAD, PARKVILLE, ) <br> MISSOURI, 64152, ALONG WITH ) <br> ALL ITS BUILDINGS, ) <br> APPURTENANCES, AND ) <br> IMPROVEMENTS, et al., ) <br> ) <br> Defendant. ) | Case No. 18-6028-CV-SJ-ODS |

ORDER TO SEAL DOCUMENTS

Pending is Plaintiff United States of America's Motion to Seal. Doc. #1. Upon consideration of the motion and suggestions in support, it is:

ORDERED, ADJUDGED AND DECREED that the United States is permitted to file the following documents under seal, except as to employees, contract employees, and agents of the United States Attorney's Office for the Western District of Missouri, and any law enforcement officers involved in the investigation, including but not limited to Internal Revenue Service – Criminal Investigations (IRS-CI) and United States Secret Service (USSS) or their officers, agents, employees, or contractors:

1. Complaint for Forfeiture *in Rem* and redacted copy thereof;
2. Any *Lis Pendens* or notice of *Lis Pendens* as to the parcels of real property listed in the caption above;
3. United States' *Ex Parte* Motion for Entry of a Post-Complaint Restraining Order, With Suggestions in Support;
4. Proposed Restraining Order;
5. This Motion to Seal; and
6. Any Notice of Warrant, Restraining Order or Injunction issued by this Court, and *Lis Pendens* or Notice of *Lis Pendens*.

(collectively, the "Documents").

However, this Order shall not preclude disclosure of the Documents by employees, contract employees, and agents of the United States Attorney's Office for the Western District of Missouri, law enforcement officers involved in the investigation, including but not limited to the IRS-CI or USSS their officers, agents, employees, or contractors, as necessary to:

    1.    comply with Orders of this Court;

    2.    record *Lis Pendens* with the appropriate registry of deeds;

    3.    serve any *Lis Pendens* or Notice of *Lis Pendens*, Complaint, Notice of Complaint, and other documents, on the owners of record for the affected properties and any other person or entity who may have an interest in the property, and to provide notice of the civil forfeiture of property as provided by 18 U.S.C. § 983 and of real property as provided by 18 U.S.C. § 985; and

    4.    serve the post-Complaint restraining or injunctive orders upon the owners of the real property and accounts specified in the Complaint for Forfeiture *In Rem* and serve or otherwise provide notice of the post-Complaint restraining or injunctive Orders to the persons or entities named in the Order and any other persons or entities as to whom the provision of notice would be appropriate.

The Court directs Plaintiff to file a motion to unseal the matter once Plaintiff has served the Complaint and the Restraining Order on the potential claimants.

IT IS SO ORDERED.

DATE: March 5, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT