IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff; <br><br> vs**.** <br><br> REAL PROPERTY LOCATED AT 6513 RIDGE ROAD, PARKVILLE, MISSOURI, 64152, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS; et al., <br><br> Defendants. | FILED UNDER SEAL <br><br> Case No. 18-6028-CV-SJ-ODS |

## NOTICE OF COMPLAINT FOR FORFEITURE

TO: Stephon Ziegler
     c/o Kathleen Fisher
     Graves Garrett LLC
     1100 Main Street, Suite 2700
     Kansas City, MO 64105

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    1.    DATE OF NOTICE: March 14, 2018

    2.    FORFEITURE COMPLAINT: On March 5, 2018, the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C), in the United States District Court for the Western District of Missouri against the following defendant properties:

> All Funds in Platte Valley Bank Acct. No. XXX2022 in the name of Zieson Construction Company, LLC; and
>
> All Funds in Platte Valley Bank Acct. No. XXXXX2207 in the name of Zieson Construction Company, LLC.

3. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant properties, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice or the date of delivery, if personally served.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. FILING OF AN ANSWER: If you filed a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, and a copy of the claim and answer or motion must be sent to Stacey Perkins Rock, Assistant United States Attorney, 400 E. 9th Street, Fifth Floor, Kansas City, Missouri 64106.

7. In accordance with 18 U.S.C. § 985(c)(1)(B), this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Complaint for Forfeiture In Rem.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

                              Respectfully submitted,

                              Timothy A. Garrison
                              United States Attorney

            By:    */s/ Stacey Perkins Rock*
                              Stacey Perkins Rock, #66141
                              Assistant United States Attorney
                              400 E. 9th Street, Fifth Floor
                              Kansas City, Missouri 64106
                              Telephone: (816) 426-3122
                              E-mail: stacey.perkins-rock@usdoj.gov