IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 18-6028-CV-SJ-ODS |
| REAL PROPERTY LOCATED AT 6513 RIDGE ROAD, PARKVILLE, MISSOURI, 64152, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, et al., | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER (1) UNSEALING CASE, AND (2) GRANTING LEAVE TO FILE REDACTED DOCUMENTS

Pending is the United States' Motion to Unseal Case and Request for Leave to File Redacted documents. Doc. #15. For good cause shown, the Court grants the motion.

This civil forfeiture action is unsealed with the exception of the Motion to Seal with attached un-redacted Complaint (Doc. #1), United States' un-redacted Ex Parte Application for the Entry of a Restraining Order (Doc. #3), the Restraining Order (Doc. #4), the Amended Restraining Order (Doc. #7), the Second Motion to Amend the Restraining Order (Doc. #12), and the Second Amended Restraining Order (Doc. #14).[1]

The Court directs the United States to file a redacted Complaint for Forfeiture *In Rem*, and redacted civil cover sheet. Thereafter, the Court will enter redacted copies of the Restraining Order, Amended Restraining Order, and Second Amended Restraining Order.

IT IS SO ORDERED.

DATE: March 16, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The following documents may be unsealed upon entry of this Order: (1) Order granting United States' motion to seal case (Doc. #2), (2) Notices of Lis Pendens (Docs. #5, 6, 8), (3) Notices of Complaint for Forfeiture (Docs. #9-11, 13), and (4) United States' motion to unseal (Doc. #15).