# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
United States of America ;
**County of Residence:** Jackson County

### Defendant(s):
First Listed Defendant:
REAL PROPERTY LOCATED AT 6513 RIDGE ROAD, PARKVILLE, MISSOURI, 64152, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS; ;
**County of Residence:** Platte County

Additional Defendants(s):
REAL PROPERTY LOCATED AT 209 2ND COURT, PALM BEACH GARDENS, FLORIDA, 33410, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS;

REAL PROPERTY LOCATED AT 6525 EAST CAVE CREEK ROAD, NUMBER 15, CAVE CREEK, ARIZONA 85331, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS;

NATIONAL FINANCIAL SERVICES IRA ACCOUNT NUMBER xxxxx2585, SERVICED BY MML INVESTOR SERVICES;

NATIONAL FINANCIAL SERVICES IRA ACCOUNT NUMBER xxxxx2665, SERVICED BY MML INVESTOR SERVICES;

$11,218.00 PLUS ACCRUED INTEREST IN WELLS FARGO ADVISORS ACCOUNT NUMBER xxxx1125;

$69,079.00 PLUS ACCRUED INTEREST IN WELLS FARGO ADVISORS ACCOUNT NUMBER xxxx4187;

PERSHING LLC ACCOUNT NUMBER xxxx8721;

PERSHING LLC ACCOUNT NUMBER xxxx2203,

ALL FUNDS IN PLATTE VALLEY BANK ACCT. NO. xxx2022 IN THE NAME OF ZIESON CONSTRUCTION COMPANY, LLC;

ALL FUNDS IN PLATTE VALLEY BANK ACCT. NO. xxxxx2207 IN THE NAME OF ZIESON CONSTRUCTION CO LLC. ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**  **Defendant's Attorney(s):**

Assistant United States Attorney Stacey Perkins Rock ( United States of America)
United States Attorney's Office
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
**Phone:** 816-426-7173
**Fax:**
**Email:** stacey.perkins-rock@usdoj.gov

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 690 All Other Forfeiture and Penalty Actions

**Cause of Action:** The defendant properties are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because they constitute property involved in transactions or in attempted transactions in violation of sections 1956, 1957 and 1960 of Title 18, United States Code, or are properties traceable to such property. The defendant properties are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), because they constitute or were derived from proceeds traceable to an offense constituting a SUA as defined in Section 1956(c)(7) and 1961(1) of Title 18, United States Code, or a conspiracy to commit such offense. Such offenses include violations of 18 U.S.C. § 1343 (wire fraud) and 1956 (money laundering).

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** Above-listed Defendant Property
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Stacey Perkins Rock

**Date:** 3/2/2018

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.