

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| | | | |
|---|---|---|---|
| **PLAINTIFF** United States of America | | **COURT CASE NUMBER** 18-6028-CV-SJ-ODS | |
| **DEFENDANT** Real Property at 6525 E. Cave Creek Road, Unit 15, Cave Creek, AZ | | **TYPE OF PROCESS** Post & Walk | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
6525 E. Cave Creek Road, Unit 15, Cave Creek, Arizona 85331

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stacey Perkins Rock
United States Attorney's Office
400 E. 9th Street, Fifth Floor
Kansas City, MO 64106

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 3
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 3
CHECK BOX IF SERVICE IS ON USA: ☐

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please post Complaint, Notice of Complaint, and Amended Restraining Order on the real property. Please photograph notice posted on door of residence. Thank you.

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NO. 816 426-4275
DATE 4/2/18

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: S. Greg Howard  4/2/2018

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated: 3
District of Origin No.: —
District to Serve No.: —
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: S. Greg Howard
DATE: 4/3/2018

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE: 4/2/2018
TIME OF SERVICE: 4:40 [X] PM

SIGNATURE, TITLE AND TREASURY AGENCY: S. Greg Howard — Special Agent Greg Howard, IRS-CI

**REMARKS:** IRS-CI Special Agent Greg Howard posted the Complaint, Notice of Complaint, and Amended Restraining Order on the front door of the identified real property as stated in the Special Instructions.

TD F 90-22.48 (6/96)



