IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REAL PROPERTY LOCATED AT ) <br> 6513 RIDGE ROAD, PARKVILLE, ) <br> MISSOURI, 64152, ALONG WITH ) <br> ALL ITS BUILDINGS, ) <br> APPURTENANCES, AND ) <br> IMPROVEMENTS, et al., ) <br> ) <br> Defendant. ) | Case No. 18-6028-CV-SJ-ODS |

## ORDER EXTENDING STAY

Pending is Plaintiff United States of America's unopposed second motion to stay civil forfeiture action for ninety days. Doc. #35. On May 8, 2018, the Court stayed this matter until August 6, 2018. Doc. #29. Pursuant to 18 U.S.C. § 981(g)(1), the Court, upon motion of the United States, shall stay a civil forfeiture proceeding if the Court determines civil discovery will adversely affect the Government's ability to conduct a related criminal investigation or prosecution of a related criminal case. The Court finds an additional ninety day stay appropriate in this matter while the Government conducts a related criminal investigation. Accordingly, the Court grants the motion, and stays these proceedings until November 5, 2018. Per the parties' agreement, claimants shall file answers to the Complaint within ten days after the stay imposed by this Order is lifted.

IT IS SO ORDERED.

DATE: August 2, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT