IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REAL PROPERTY LOCATED AT ) <br> 6513 RIDGE ROAD, PARKVILLE, ) <br> MISSOURI, 64152, ALONG WITH ) <br> ALL ITS BUILDINGS, ) <br> APPURTENANCES, AND ) <br> IMPROVEMENTS, et al., ) <br> ) <br> Defendant. ) | Case No. 18-6028-CV-SJ-ODS |

## ORDER EXTENDING STAY

The Court previously stayed proceedings in this matter. Docs. #29, 36, 40. On January 31, 2019, Claimant Matthew L. Torgeson filed an unopposed motion to extend stay period for ninety days. Doc. #41. Claimant indicates the United States continues to conduct a related criminal investigation into the same operative facts that are at issue in the civil forfeiture case. As such, the Court grants the motion, and stays these proceedings until May 6, 2019. Per the parties' agreement, Claimants shall file answers to the Complaint within ten days after the stay imposed by this Order is lifted.

IT IS SO ORDERED.

DATE: February 1, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT